DENNIS MARSHALL, COUNTY COUNSEL
LISA A. ROTHSTEIN, DEPUTY (Bar No. 201611)
COUNTY OF SANTA BARBARA
105 E. Anapamu St., Suite 201
Santa Barbara, CA 93101
(805) 568-2950 / FAX: (805) 568-2982
lrothst@co.santa-barbara.ca.us
Attorneys for Defendants
COUNTY OF SANTA BARBARA, SANTA BARBARA COUNTY SHERIFF'S DEPT., SANTA BARBARA COUNTY SHERIFF BILL BROWN, SANTA BARBARA COUNTY DEPT. OF ALCOHOL, DRUG AND MENTAL HEALTH SERV., AND ANN DETRICK [ERRONEOUSLY SUED AS ANNE DETRICK]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH MACY, and individual<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA BARBARA, SANTA BARBARA COUNTY SHERIFF'S DEPT., SANTA BARBARA COUNTY SHERIFF BILL BROWN, AN INDIVIDUAL, SANTA BARBARA COUNTY DEPARTMENT OF ALCOHOL, DRUGS, AND MENTAL HEALTH SERVICES, ANNE DETRICK, AN INDIVIDUAL, PRISON HEALTH SERVICES INC., AND DOES 1-10.<br><br>Defendants. | Case No: CV09-5941-CAS (JEMx)<br><br>**STIPULATION BETWEEN ALL PARTIES THAT PLAINTIFF WILL FILE AN AMENDED COMPLAINT NO LATER THAN FEBRUARY 27, 2010**<br><br>Assigned Judge: Christina A. Snyder<br>Dept: 5, 2nd Floor |

All parties submit the following stipulation that plaintiff Keith Macy will file an amended complaint by no later than February 27, 2010.

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

STIPULATION RE FILING AMENDED COMPLAINT
1

## STIPULATION

1. Plaintiff filed his Complaint on August 14, 2009 and served all defendants by December 11, 2009.

2. All parties filed a stipulation on December 16, 2009, extending defendants' time to respond to the complaint until no later than January 28, 2010

3. On January 20, 2010, pursuant to Local Rule 7-3, Lisa Rothstein, attorney for Santa Barbara County defendants, met and conferred with Brian Vogel, attorney for the plaintiff regarding the County Defendants' intention to file a motion to dismiss claims and defendants pursuant to Federal Rule of Civil Procedure 12(b)(6).

4. As a result of this meet and confer, Mr. Vogel concurred that some of plaintiff's current causes of action may be untenable as pled and therefore agreed to amend his complaint in order to address the potential deficiencies.

5. While all parties have agreed that it would be in the interest of efficiency for plaintiff to amend his complaint, he has not yet had a meaningful opportunity to do so and it is therefore impossible for the parties to comply with Local Rule 15-1, which requires that the proposed amended pleading be lodged with any stipulation to amend a pleading.

It is therefore stipulated, pursuant to Federal Rule of Civil Procedure 15(a)(2), by and between Plaintiff Keith Macy and Defendants County of Santa Barbara, Santa Barbara County Sheriff's Dept., Santa Barbara County Sheriff Bill Brown, Santa Barbara County Dept. of Alcohol, Drug & Mental Health Services, Ann Detrick and Prison Health Services, Inc., by and through their

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

of record, that plaintiff will file an amended complaint by no later than February 27, 2010 and that defendants' responsive pleadings will be filed thereafter pursuant to Federal Rule of Civil Procedure 15(a)(3).

IT IS SO STIPULATED.

Dated: January 22, 2010

DENNIS MARSHALL
COUNTY COUNSEL

By: /s/ Lisa A. Rothstein
Lisa A. Rothstein
Deputy County Counsel
Attorneys for Defendants County of Santa Barbara, Santa Barbara County Sheriff's Dept., Santa Barbara County Sheriff Bill Brown, Santa Barbara County Dept. of Alcohol, Drug & Mental Health Services, and Ann Detrick

Dated: January 21, 2010

By: /s/ Matthew M. Grigg
Matthew M. Grigg
Law Offices of Nancy E. Hudgins
Attorneys for Defendant Prison Health Services, Inc.

Dated: January 21, 2010

By: /s/ Brian Vogel
Brian A. Vogel
Law Offices of Brian A. Vogel
Attorneys for Plaintiff Keith Macy

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

## PROOF OF SERVICE
(C.C.P. §§ 1013(a), 2015.5)

**STATE OF CALIFORNIA, COUNTY OF SANTA BARBARA**

I am a citizen of the United States and a resident of the county aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is 105 East Anapamu Street, Santa Barbara, California.

On January 22, 2010, I served a true copy of the within **STIPULATION BETWEEN ALL PARTIES THAT PLAINTIFF WILL FILE AN AMENDED COMPLAINT NO LATER THAN FEBRUARY 27, 2010** on the Interested Parties in said action by:

☒   electronic transmission via CM/ECF to the person(s) indicated on the attached service list:

Matthew M. Grigg
Law Offices of Nancy E. Hudgins
565 Commercial St., 4th Floor
San Francisco, CA 94111
mmg@hudginslaw.com

Brian A. Vogel
LAW OFFICES OF BRIAN A. VOGEL, PC
770 County Square Dr. Suite 104
Ventura, CA 93003
brian@bvogel.com

Gregory I. McMurray
CRUZ & McMURRAY, LLP
25 E. Anapamu St. 2nd Floor
Santa Barbara, Ca 93101
mcmurraya@cruzmcmurray.com

☒   (Federal)   I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. Executed on January 22, 2010, at Santa Barbara, California.

/s/
Sue Collisson

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

STIPULATION RE FILING AMENDED COMPLAINT
1