BRIAN VOGEL, SBN 167493
brian@bvogel.com
THE LAW OFFICES OF BRIAN A. VOGEL, PC
770 County Square Drive, Suite 104
Ventura, CA 93003
Telephone: (805) 654-0400
Facsimile: (805) 654-3026

GREGORY I. McMURRAY, SBN 199492
mcmurray@cruzmcmurray.com
CRUZ & McMURRAY, LLP
1035 Santa Barbara St., 2nd Floor
Santa Barbara, CA 93101
Telephone: (805) 965-0752
Facsimile:  (805) 965-0678

Attorneys for Plaintiff
KEITH MACY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**DENIED**

| | |
|---|---|
| KEITH MACY, an individual, | CASE NO. CV 09-05941 CAS (JEMx) |
| Plaintiff, | **[PROPOSED] ORDER RE: EXTENDING TIME FOR DEFENDANTS TO FILE THEIR ANSWER TO THE FIRST AMENDED COMPLAINT;** |
| vs. | |
| COUNTY OF SANTA BARBARA, et al., | |
| Defendants. | |

4

THE COURT HEREBY ORDERS THE FOLLOWING:

If Defendants choose to file a motion to dismiss pertaining to the First Amended Complaint, Defendants shall have until 14 days after the ruling on the motion to dismiss to file their Answer to the First Amended Complaint.

IT IS SO ORDERED.

Dated: 3/22, 2010

**DENIED**

Hon. Christina A. Snyder
United States District Court
Central District of California

5