Lisa A. Rothstein SBN 201611
County of Santa Barbara
Office of County Counsel
105 E. Anapamu St. Suite 201
Santa Barbara, CA 93101
(805) 568-2950
lrothst@co.santa-barbara.ca.us

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Keith Macy | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV-09-5941-CAS(JEMx) |
| v. | |
| County of Santa Barbara et al. | **NOTICE OF CHANGE OF ATTORNEY INFORMATION** |
| DEFENDANT(S). | |

**The following information must be provided:**

I, Lisa A. Rothstein, 201611, lrothst@co.santa-barbara.ca.us
   *Name*            *CA Bar ID Number*      *E-mail Address*

☒ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following party(s)

County of Santa Barbara, Santa Barbara County Planning & Development Dept., Daniel H. Gira, Elihu Gevirtz, Noel Langle and Katherine Rindlaub

and am requesting the following change(s):

> THIS SECTION MUST BE COMPLETED IF YOUR E-MAIL ADDRESS IS TO BE ADDED.
> I ☐ consent ☐ do not consent to receive service of documents by electronic means in accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P. 49(b)-(d).

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☒ TO UPDATE NAME OR FIRM INFORMATION:
  ☒ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action
         PROVIDE ONLY THE INFORMATION THAT HAS CHANGED
  Attorney Name changed to  Heidi C. Thorson, SBN 188645
  New Firm/Government Agency Name
  New Address
  New Telephone Number _____ New Facsimile Number _____
  New E-mail address  hthorson@co.santa-barbara.ca.us

☐ TO BE ADDED AS COUNSEL OF RECORD: CHECK ONE BOX
  ☐ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____

☐ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF

ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name _____ CA State Bar Number _____
Firm/Government Agency Name _____
Address: _____
Telephone Number _____ Facsimile Number _____
New E-mail address _____

☒ TO BE REMOVED FROM THE CASE: **

    ☒ I am ☐ the aforementioned attorney from my firm is no longer counsel of record in the above- entitled cause of action.

CHECK ONE BOX

    ☐ The order relieving me/the aforementioned attorney from my firm was filed on: _____.

    ☒ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who are counsel of record in this case.

    ☐ I am ☐ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01, *Request for Substitution of Attorney* and G-01ORDER, *Order on Request for Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.

Date: March 24, 2010

_____
Signature of Attorney of Record / Attorney for the Firm
Lisa A. Rothstein, Deputy County Counsel

**PLEASE NOTE:** CM/ECF users must update their account information in the system pursuant to General Order 08-02, in addition to filing this Notice of Change of Attorney Information. A separate Notice must be filed in every pending case pursuant to Local Rule 83–2.7.

# PROOF OF SERVICE
## (C.C.P. §§ 1013(a), 2015.5)

### STATE OF CALIFORNIA, COUNTY OF SANTA BARBARA

I am a citizen of the United States and a resident of the county aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is 105 East Anapamu Street, Santa Barbara, California.

On March 24, 2010, I served a true copy of the within **NOTICE OF CHANGE OF ATTORNEY INFORMATION** on the Interested Parties in said action by:

☒ electronic transmission via CM/ECF to the person(s) indicated on the attached service list:

    Matthew M. Grigg
    Law Offices of Nancy E. Hudgins
    565 Commercial St., 4th Floor
    San Francisco, CA 94111
    mmg@hudginslaw.com

    Brian A. Vogel
    LAW OFFICES OF BRIAN A. VOGEL, PC
    770 County Square Dr. Suite 104
    Ventura, CA 93003
    brian@bvogel.com

    Gregory I. McMurray
    CRUZ & McMURRAY, LLP
    25 E. Anapamu St. 2nd Floor
    Santa Barbara, Ca 93101
    mcmurraya@cruzmcmurray.com

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on March 24, 2010, at Santa Barbara, California.

                                          /s/
                                    Sue Collisson