DENNIS MARSHALL, COUNTY COUNSEL
HEIDI C. THORSON, DEPUTY (Bar No. 18864)
COUNTY OF SANTA BARBARA
105 E. Anapamu St., Suite 201
Santa Barbara, CA 93101
(805) 568-2950 / FAX: (805) 568-2982
hthorson@co.santa-barbara.ca.us
Attorneys for Defendants
COUNTY OF SANTA BARBARA, SANTA BARBARA COUNTY SHERIFF'S DEPARTMENT, SANTA BARBARA COUNTY SHERIFF BILL BROWN, SANTA BARBARA COUNTY DEPARTMENT OF ALCOHOL, DRUG AND MENTAL HEALTH SERVICES [ERRONEOUSLY SUED AS SANTA BARBARA COUNTY DEPARTMENT OF ALCOHOL, DRUGS AND MENTAL HEALTH SERVICES], AND ANN DETRICK [ERRONEOUSLY SUED AS ANNE DETRICK]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH MACY, and individual<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA BARBARA, SANTA BARBARA COUNTY SHERIFF'S DEPARTMENT, SANTA BARBARA COUNTY SHERIFF BILL BROWN, AN INDIVIDUAL, SANTA BARBARA COUNTY DEPARTMENT OF ALCOHOL, DRUGS, AND MENTAL HEALTH SERVICES, ANNE DETRICK, AN INDIVIDUAL, PRISON HEALTH SERVICES INC., AND DOES 1-10.<br><br>Defendants. | Case No: CV09-5941-CAS(JEMx)<br><br>**DEFENDANTS COUNTY OF SANTA BARBARA, SANTA BARBARA COUNTY SHERIFF'S DEPARTMENT, SANTA BARBARA COUNTY SHERIFF BILL BROWN, SANTA BARBARA COUNTY DEPARTMENT OF ALCOHOL, DRUG AND MENTAL HEALTH SERVICES, AND ANN DETRICK'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES**<br><br>Assigned Judge: Hon. Christina A. Snyder<br><br>Dept: 5, 2nd Floor |

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

1.
COUNTY DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT

Defendants COUNTY OF SANTA BARBARA, SANTA BARBARA COUNTY SHERIFF'S DEPARTMENT, SANTA BARBARA COUNTY SHERIFF BILL BROWN, SANTA BARBARA COUNTY DEPARTMENT OF ALCOHOL, DRUG AND MENTAL HEALTH SERVICES [ERRONEOUSLY SUED AS SANTA BARBARA COUNTY DEPARTMENT OF ALCOHOL, DRUGS AND MENTAL HEALTH SERVICES], AND ANN DETRICK [ERRONEOUSLY SUED AS ANNE DETRICK] (hereinafter referred to as "County Defendants"), for themselves alone and for no other defendant, hereby answers Plaintiff's First Amended Complaint for Damages as follows:

1. In answering Paragraph 1, County Defendants admit that Plaintiff was detained in the Santa Barbara County Main Jail (hereinafter referred to as "SBCMJ") for approximately two weeks. County Defendants deny generally and specifically all remaining allegations in Paragraph 1.

2. In answering Paragraphs 2 and 3, these Paragraphs contain conclusions of law and not averments of fact to which an answer is required. Insofar as a response is required, however, County Defendants deny each and every allegation contained therein.

3. In answering Paragraph 4, insofar as a response is required, County Defendants do not have sufficient information or knowledge to form a belief to enable them to answer this paragraph and on that ground, deny each and every allegation contained therein.

4. In answering Paragraph 5, County Defendants admit that the Defendant County of Santa Barbara is a public entity. County Defendants deny generally and specifically all remaining allegations in Paragraph 5.

5. In answering Paragraph 6, County Defendants deny that the Defendant Sheriff's Department is a public entity. County Defendants admit that the Defendant Sheriff's Department provides law enforcement and detention

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

2.
COUNTY DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT

services for Defendant County of Santa Barbara.  County Defendants deny generally and specifically all remaining allegations in Paragraph 6.

      6. In answering Paragraph 7, County Defendants deny that the Defendant Department of Alcohol, Drug and Mental Health Services (hereinafter referred to as "ADMHS") is a public entity.  County Defendants admit that the Defendant ADMHS provides mental health services for Defendant County of Santa Barbara, including providing mental health treatment for inmates at the SBCMJ.  County Defendants deny generally and specifically all remaining allegations in Paragraph 6.

      7. In answering Paragraph 8, insofar as a response is required, County Defendants admit that Defendant Prison Health Services (hereinafter referred to as "PHS") was a contract medical provider for the SBCMJ.  County Defendants do not have sufficient information or knowledge to form a belief to enable them to answer the remaining allegations in this paragraph and on that ground, deny each and every remaining allegation contained therein.

      8. In answering Paragraph 9, insofar as a response is required, County Defendants admit that the Plaintiff erroneously refers to the Defendant County, Sheriff's Department, ADMHS and PHS as the "Public Entity Defendants" in the First Amended Complaint.

      9. In answering Paragraph 10, County Defendants admit that Sheriff Bill Brown was the Sheriff of Santa Barbara County and that as such, he is responsible for the policies and/ or procedures of the SBCMJ and for the supervision of employees of the SBCMJ and the Sheriff's Department.  County Defendants deny generally and specifically all remaining allegations in Paragraph 10.

      10. In answering Paragraph 11, County Defendants admit that Defendant Ann Detrick was the director of ADMHS.  County Defendants deny generally

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
 (805) 568-2950

3.
COUNTY DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT

and specifically all remaining allegations in Paragraph 11.

11. In answering Paragraph 12, insofar as a response is required, County Defendants admit that the Plaintiff apparently refers to some of the Defendants as "Individual Defendants" in the First Amended Complaint.

12. In answering Paragraphs 13 and 14, insofar as a response is required, County Defendants do not have sufficient information or knowledge to form a belief to enable them to answer these paragraphs and on that ground, deny each and every allegation contained therein.

13. In answering Paragraph 15, County Defendants admit the allegations contained therein.

14. In answering Paragraphs 16, 17, 18, and 19, insofar as a response is required, County Defendants do not have sufficient information or knowledge to form a belief to enable them to answer these paragraphs and on that ground, deny each and every allegation contained therein.

15. In answering Paragraph 20, County Defendants admit that Plaintiff was booked for a felony violation of Penal Code Section 69 and was transported to the SBCMJ. County Defendants deny all remaining allegations in Paragraph 20.

16. In answering Paragraphs 21 and 22, County Defendants admit the allegations contained therein.

17. In answering Paragraph 23, County Defendants deny generally and specifically each and every allegation contained therein.

18. In answering Paragraph 24, County Defendants admit that Plaintiff was placed in the safety cell at SBCMJ. County Defendants deny generally and specifically all remaining allegations in Paragraph 24.

19. In answering Paragraphs 25, 26, and 27, County Defendants admit the allegations contained therein.

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

20. In answering Paragraph 28, County Defendants deny generally and specifically each and every allegation contained therein.

21. In answering Paragraph 29, County Defendants admit that Plaintiff was transported to Cottage Hospital for treatment on August 23, 2008, and was then transported back to SBCMJ. County Defendants deny that Plaintiff was transported for "blunt head trauma".

22. In answering Paragraph 30, County Defendants deny generally and specifically each and every allegation contained therein.

23. In answering Paragraph 31, County Defendants admit that the Plaintiff was not transported to court on those dates. County Defendants deny generally and specifically all remaining allegations in Paragraph 31.

24. In answering Paragraph 32, County Defendants admit that Plaintiff was at the Psychiatric Health Facility (hereinafter "PHF") on August 18, 2008 and was unable to be transported to court on that date. County Defendants deny generally and specifically all remaining allegations in Paragraph 32.

25. In answering Paragraphs 33, 34, 35, 36, 37, 38, County Defendants do not have sufficient information or knowledge to form a belief to enable them to answer these paragraphs and on that ground, deny each and every allegation contained therein.

26. In answering Paragraph 39, County Defendants deny generally and specifically each and every allegation contained therein.

27. In answering Paragraphs 40 and 41, County Defendants deny generally and specifically each and every allegation contained therein.

28. In answering Paragraph 42, County Defendants admit that Defendants Sheriff Brown and Ann Detrick were acting within the course and scope of their employment at all relevant times herein. County Defendants do not have sufficient information or knowledge to form a belief to enable them to answer

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

5.
COUNTY DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT

the remaining allegations in this paragraph and on that ground, deny each and every remaining allegation contained therein.

29. In answering Paragraph 43, County Defendants admit that Ann Detrick and ADMHS were, at the relevant times herein, responsible for providing mental health treatment at SBCMJ.

30. In answering Paragraph 44, County Defendants deny that Sheriff Brown was responsible for providing medical care at SBCMJ.

31. In answering Paragraph 45, County Defendants deny generally and specifically each and every allegation contained therein.

32. In answering Paragraph 46, County Defendants admit that Sheriff Brown supervises the employees of the SBCMJ. County Defendants deny generally and specifically all remaining allegations in Paragraph 46.

33. In answering Paragraph 47, County Defendants deny generally and specifically each and every allegation contained therein.

34. In answering Paragraph 48, County Defendants admit that Sheriff Brown was responsible for transporting detainees to court. County Defendants do not have sufficient information or knowledge to form a belief to enable them to answer the remaining allegations in this paragraph and on that ground, deny each and every remaining allegation contained therein.

35. In answering Paragraph 49, 50, 51, 52, 54, 55 and 56, County Defendants deny generally and specifically each and every allegation contained therein.

36. In answering Paragraph 53, insofar as a response is required, County Defendants do not have sufficient information or knowledge to form a belief to enable them to answer this paragraph and on that ground, deny each and every allegation contained therein.

37. In answering Paragraph 57, 58, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69,

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

70, 71, 72, 73, 75, 76, 77, 78, 79, 80, 82, 83, 84, 85, 86, 87, 90, 91, 92, 94, and 95, County Defendants deny generally and specifically each and every allegation contained therein.

38.  In answering Paragraph 59, 74, 81, 88, 93, no response is required. However, insofar as a response is required, County Defendants admit the statements in these paragraphs.

39.  In answering Paragraph 89, County Defendants deny generally and specifically each and every allegation contained therein.

40.  In answering Paragraph 96 and Plaintiff's Prayer for Relief which follows, County Defendants deny each and every allegation contained therein and further deny that Plaintiff is entitled to an award of damages or any other relief as a result of any act or omission by these answering County Defendants.

## AFFIRMATIVE DEFENSES

The County Defendants further state by way of Affirmative Defenses as follows:

41.  For a first separate and distinct affirmative defense, these answering County Defendants allege the First Amended Complaint and each purported cause of action therein fails to state facts sufficient to constitute a cause of action against these answering County Defendants.

42.  For a second separate and distinct affirmative defense, these answering County Defendants allege the First Amended Complaint fails to state a cause of action against them pursuant to <u>Monell v. Department of Social Services of the City of New York</u> (1978) 436 U.S. 658, which holds that there is no recovery for a federal civil rights violation where there is no constitutional deprivation occurring pursuant to governmental custom.

43.  For a third separate and distinct affirmative defense, these answering County Defendants allege that the acts complained of occurred within the scope

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

7.
COUNTY DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT

of their official duties; they had no knowledge that the alleged acts were illegal and/or unconstitutional; and the acts did not violate the Plaintiff's rights at the time they were committed.

44. For a fourth separate and distinct affirmative defense, to all causes of action, these answering County Defendants allege that a public employee is not liable for any injury caused by the act or omission of another person pursuant to California Government Code Section 820.8.

45. For a fifth separate and distinct affirmative defense, these answering County Defendants allege that any harm which came to Plaintiff was a direct and proximate result of the actions of Plaintiff himself.

46. For a sixth separate and distinct affirmative defense, these answering County Defendants allege that Plaintiff's rights, privileges, and immunities secured under the Constitution, or laws of the United States, have not been violated by any alleged action of the County Defendants.

47. For a seventh separate and distinct affirmative defense, these answering County Defendants allege that they are entitled to all other applicable immunities provided by federal law not specifically set forth herein and specifically reserve the right to add or to amend this answer prior to the date of the Pre-Trial Conference in order to conform the pleadings to established evidence.

48. For an eighth separate and distinct affirmative defense, these answering County Defendants assert that they are immune from damages in their official capacity under the Eleventh Amendment of the United States Constitution.

49. For a ninth separate and distinct affirmative defense, these answering County Defendants allege that any injury or damages suffered by Plaintiff was due to and caused by the carelessness, negligence, and omissions

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

8.
COUNTY DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT

of Plaintiff to care for himself, or by reason of Plaintiff's unlawful and wrongful acts and conduct, and not by reason of any unlawful acts or omissions by County Defendants, Further, Plaintiff's carelessness, negligence and omission, or wrongful acts and conduct, were the proximate cause of the damages, if any, to the Plaintiff.

50. For a tenth separate and distinct affirmative defense, these answering County Defendants allege that to the extent that Plaintiff suffered any detriment, such detriment was caused or contributed to by Plaintiff's own negligence and failure to exercise ordinary care on his own behalf or for his own safety. Consequently Plaintiff's right to recover damages, if any, should be barred completely or reduced in direct proportion to his fault.

51. For an eleventh separate and distinct affirmative defense, these answering County Defendants allege that to the extent that Plaintiff suffered any detriment, the risk of such detriment was assumed by the Plaintiff.

52. For a twelfth separate and distinct affirmative defense, these answering County Defendants allege they were employed by the County of Santa Barbara and acting in their official capacities at all relevant times herein. The alleged actions of the County of Santa Barbara and any County of Santa Barbara employee referred to in the First Amended Complaint, if any, were made in good faith, without malice, within the scope of their duties as sheriff and/or peace officers, and medical professionals, and/or performed in the reasonable belief that such actions were authorized by and in accord with existing law and authority.

53. For a thirteenth separate and distinct affirmative defense, these answering County Defendants allege that the Plaintiff failed to exhaust his administrative remedies under the Prison Litigation Reform Act, 18 USC Section 3626.

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

9.
COUNTY DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT

54. For a fourteenth separate and distinct affirmative defense, the answering County Defendants allege that any and all prospective relief, including punitive or exemplary damages requested by Plaintiff herein is strictly constrained and limited by the Prison Litigation Reform Act, 18 USC Section 3626.

55. For a fifteenth separate and distinct affirmative defense, these answering County Defendants allege that any violation of Plaintiff's constitutional rights, which these Defendants deny, was not pursuant to any custom, policy or practice of Defendant County of Santa Barbara, Santa Barbara Sheriff's Department or ADMHS.

56. For a sixteenth separate and distinct affirmative defense, these answering County Defendants allege that that the actions of these Defendants were lawful and proper and that probable cause existed for any arrest and/or detention of the plaintiff.

57. For a seventeenth separate and distinct affirmative defense, these answering County Defendants allege that Plaintiff's prayers for punitive damages against Defendants County of Santa Barbara, Santa Barbara County Sheriff's Department and Santa Barbara County Department of Alcohol, Drug and Mental Health Services are barred.  Punitive damages are not available in a 42 U.S.C. Section 1983 action against a municipality or public entity.  Fluelling v. City of Milpitas (N.D. Cal. Jan. 25, 2005) 2005 U.S. Dist. LEXIS 4283; Fenters v. Yosemite Chevron (E.D. Cal. July 14, 2006) 2006 U.S. Dist. LEXIS 53450.

58. For an eighteenth separate and distinct affirmative defense, these answering County Defendants allege that Plaintiff's prayers for punitive damages against Defendants County of Santa Barbara, Santa Barbara County Sheriff's Department and Santa Barbara County Department of Alcohol, Drug

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

10.
COUNTY DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT

and Mental Health Services are barred pursuant to California Government Code Section 818 and California Civil Code Section 3294.

59. For a nineteenth separate and distinct affirmative defense, these answering County Defendants allege that the Plaintiff and persons other than these answering defendants were at fault for the injuries and damages alleged, if any, suffered by Plaintiff. County Defendants' liability for subjective, non-monetary, non-economic losses is several, not joint, and pursuant to Civil Code Section 1431.2, these answering County Defendants are not liable for the non-economic damages by the fault of other persons, firms, corporations or entities whether such others are parties to this action or not.

60. For a twentieth separate and distinct affirmative defense, these answering County Defendants allege that in the event they are found to be negligent, which is expressly herein denied, they may elect to introduce evidence of any amount paid or payable, if any, as a benefit to Plaintiff pursuant to California Civil Code Section 3333.1.

61. For a twenty-first separate and distinct affirmative defense, these answering County Defendants allege that in the event they are found to be negligent, which is expressly herein denied the damages for non-economic losses shall not exceed the amounts specified in California Civil Code Section 3333.2.

62. For a twenty-second separate and distinct affirmative defense, these answering County Defendants allege and incorporate herein by reference any and all affirmative defenses asserted by all other answering defendants to this action.

63. For a twenty-third separate and distinct affirmative defense, these answering County Defendants allege that Plaintiff failed to mitigate the damages, if any, that Plaintiff has sustained. Further, Plaintiff failed to use

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

reasonable diligence in caring for any injuries and failed to use reasonable means to prevent aggravation of any injuries and/or take reasonable precautions to reduce any injuries or damages.

64. For a twenty-fourth separate and distinct affirmative defense, these answering County Defendants assert that each and every cause of action in Plaintiff's First Amended Complaint fails because the acts alleged are subject to conditional and/or absolute immunity afforded to governmental entities, including these answering County Defendants.

65. For a twenty-fifth separate and distinct affirmative defense, these answering County Defendants assert that each and every cause of action alleged in the First Amended Complaint is barred pursuant to California Government Code Section 820.2 because public employees are not liable for an injury resulting from his or her act or omission where the act or omission is the result of exercise of discretion vested in the employee.

66. For a twenty-sixth separate and distinct affirmative defense, these answering County Defendants assert that each and every cause of action alleged in the First Amended Complaint is barred pursuant to California Government Code Section 820.4 because public employees who use due care in the execution or enforcement of any law are not liable for their acts or omissions.

67. For a twenty-seventh separate and distinct affirmative defense, these answering County Defendants assert that each and every cause of action alleged in the First Amended Complaint is barred pursuant to California Government Code Section 820.6, because the public employee defendants were acting in their official capacities and any alleged actions were made in good faith, without malice, within the scope of their duties and were performed with a reasonable belief that such actions were authorized by and in accordance with existing California law and authority.

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

68. For a twenty-eighth separate and distinct affirmative defense, these answering County Defendants assert that they are entitled to qualified immunity from liability under 42 U.S.C. Section 1983 for reasons including, but not limited to, at all times relevant hereto these defendants acted in good faith, without malice, with due care, within the scope of official capacity and discretion, and pursuant to laws, regulations rules and practices reasonably believed to be in accordance with the Constitution and the laws of the United States.

69. For a twenty-ninth separate and distinct affirmative defense, these answering County Defendants assert that each and every cause of action alleged in the First Amended Complaint is barred as against these Defendants pursuant to the provisions of California Government Code Sections 815.2, 815.6, 821, 835.4(b), 840.4, 840.6(a), 840.6(b).

70. For a thirtieth separate and distinct affirmative defense, these answering County Defendants assert that each and every cause of action alleged in the First Amended Complaint is barred as against these County Defendants pursuant to the provisions of California Government Code Sections 844.6, 845.2, 845.4 and 845.6.

71. For a thirty-first separate and distinct affirmative defense, these answering County Defendants assert that if Plaintiff has sustained any injury, their conduct did not constitute a breach of any duty owed to Plaintiff.

72. For a thirty-second separate and distinct affirmative defense, these answering County Defendants assert that if Plaintiff has sustained any injury, their conduct was not the proximate cause of the injury.

73. For a thirty-third separate and distinct affirmative defense, these answering County Defendants assert that Plaintiff and/or his family

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

13.
COUNTY DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT

representatives expressly or impliedly consented to the medical treatment and other acts that form the basis of Plaintiff's claims.

74. For a thirty-fourth separate and distinct affirmative defense, these answering County Defendants assert that the provisions of California Civil Code Section 1714.8 completely bar any liability on the part of these defendants.

75. For a thirty-fifth separate and distinct affirmative defense, these answering County Defendants assert that if they are found to have liability to Plaintiff, they may elect to have future damages, if any, paid in accordance with the Provisions of California Code of Civil Procedure Section 667.7.

76. For a thirty-sixth separate and distinct affirmative defense, these answering County Defendants assert that Plaintiff failed to comply with the provisions of California Code of Civil Procedure Section 364(a) notice to file suit requirement.

77. For a thirty-seventh separate and distinct affirmative defense, these answering County Defendants assert that where there is more than one recognized method of diagnosis or treatment, and no one of them is used exclusively and uniformly by all practitioners of good standing, under the same or similar circumstances, these defendants are not negligent if, in exercising best judgment, they select one of the approved methods, which later turns out to a wrong selection, or one not favored by certain other practitioners.

WHEREFORE, these answering County Defendants pray as follows:

1. That plaintiffs take nothing by way of their First Amended Complaint;

2. That any recovery on the First Amended Complaint be reduced by the degree of negligence attributable to decedent and/or plaintiffs, or any other party found to be responsible for the occurrence of the incident which forms the basis of the First Amended Complaint;

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

14.
COUNTY DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT

3. For costs of suit;

4. For attorneys' fees pursuant to 42 U.S.C. section 1983; and

5. For such other and further relief as the Court may deem appropriate.

## DEMAND FOR JURY TRIAL

Defendants, by and through their undersigned attorney, hereby demand a trial by jury as to all triable issues herein.

Dated:  March 24, 2010                    DENNIS MARSHALL
                                          COUNTY COUNSEL


                                          By: __/s/_____
                                          Heidi C. Thorson
                                          Deputy County Counsel
                                          Attorneys for Defendants
                                          COUNTY OF SANTA BARBARA,
                                          SANTA BARBARA COUNTY
                                          SHERIFF'S DEPARTMENT, SANTA
                                          BARBARA COUNTY SHERIFF BILL
                                          BROWN, SANTA BARBARA
                                          COUNTY DEPARTMENT OF
                                          ALCOHOL, DRUG AND MENTAL
                                          HEALTH SERVICES [ERRONEOUSLY
                                          SUED AS SANTA BARBARA
                                          COUNTY DEPARTMENT OF
                                          ALCOHOL, DRUGS AND MENTAL
                                          HEALTH SERVICES], AND ANN
                                          DETRICK [ERRONEOUSLY SUED AS
                                          ANNE DETRICK]

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

15.
COUNTY DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT

# PROOF OF SERVICE
(C.C.P. §§ 1013(a), 2015.5)

## STATE OF CALIFORNIA, COUNTY OF SANTA BARBARA

I am a citizen of the United States and a resident of the county aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is 105 East Anapamu Street, Santa Barbara, California.

On March 24, 2010, I served a true copy of the within **DEFENDANT COUNTY OF SANTA BARBARA'S** on the Interested Parties by:

☒ electronic transmission via CM/ECF to the person(s) indicated on the attached service list:

    Matthew M. Grigg
    Law Offices of Nancy E. Hudgins
    565 Commercial St., 4th Floor
    San Francisco, CA 94111
    mmg@hudginslaw.com

    Brian A. Vogel
    LAW OFFICES OF BRIAN A. VOGEL, PC
    770 County Square Dr. Suite 104
    Ventura, CA 93003
    brian@bvogel.com

    Gregory I. McMurray
    CRUZ & McMURRAY, LLP
    25 E. Anapamu St. 2nd Floor
    Santa Barbara, Ca 93101
    mcmurraya@cruzmcmurray.com

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on March 24, 2010, at Santa Barbara, California.

          __/s/_____
          Sue Collisson

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950