Nancy E. Hudgins, SBN. 85222
Matthew M. Grigg, SBN. 195951
LAW OFFICES OF NANCY E. HUDGINS
565 Commercial St., 4th Floor
San Francisco, CA 94111
415-979-0100
415-979-0747 (fax)
mmg@hudginslaw.com

Attorneys For Defendant Prison Health Services, Inc.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH MACY, | Case No.: CV 09-05941 JC |
| Plaintiff, | **DEFENDANT PRISON HEALTH SERVICES, INC.'S ANSWER TO FIRST AMENDED COMPLAINT** |
| vs. | |
| COUNTY OF SANTA BARBARA, SANTA BARBARA COUNTY SHERIFF'S DEPARTMENT, SANTA BARBARA COUNTY SHERIFF BILL BROWN, AN INDIVIDUAL, SANTA BARBARA COUNTY DEPARTMENT OF ALCOHOL, DRUGS AND MENTAL HEALTH SERVICES, ANNE DETRICK, AN INDIVIDUAL, PRISON HEALTH SERVICES INC., AND DOES 1-10.. JORDAN, et al., | **Jury Trial Requested** |
| Defendants. | |

Defendant Prison Health Services, Inc. ("Defendant") hereby answers Plaintiffs' First Amended Complaint ("Complaint") as set forth below.  In answering the Complaint, Defendant denies all allegations except as expressly admitted herein.

**Introduction**

1. Defendant is without sufficient information or knowledge to form a belief as to the truth of this paragraph's allegations, and on that basis denies all allegations therein.

**Jurisdiction and Venue**

2. Defendant is without sufficient information or knowledge to form a belief as to the truth of this paragraph's allegations, and on that basis denies all allegations therein.

3. Defendant is without sufficient information or knowledge to form a belief as to the truth of this paragraph's allegations, and on that basis denies all allegations therein.

**The Parties**

4. Defendant is without sufficient information or knowledge to form a belief as to the truth of this paragraph's remaining allegations, and on that basis denies all remaining allegations therein.

5. Defendant admits COUNTY was a public entity. Defendant otherwise is without sufficient information or knowledge to form a belief as to the truth of this paragraph's allegations, and on that basis denies all allegations therein.

6. Defendant denies that "Sheriff's Department" is a public entity. Defendant otherwise is without sufficient information or knowledge to form a belief as to the truth of this paragraph's allegations, and on that basis denies all allegations therein.

7. Defendant denies that "ADMHS" was a public entity. Defendant otherwise is without sufficient information or knowledge to form a belief as to the truth of this paragraph's allegations, and on that basis denies all allegations therein.

8. Defendant does not know to what "times material" this paragraph refers. Defendant thus is without sufficient information or knowledge to form a belief as to the truth of Paragraph 8's allegations, and on that basis denies all allegations therein.

9. Defendant is without sufficient information or knowledge to form a belief as to the truth of Paragraph 9's allegations, and on that basis denies all remaining allegations therein.

10. Defendant is without sufficient information or knowledge to form a belief as to the truth of Paragraph 10's allegations, and on that basis denies all remaining allegations therein.

11.     Defendant is without sufficient information or knowledge to form a belief as to the truth of Paragraph 11's allegations, and on that basis denies all allegations therein.

12.     Defendant is without sufficient information or knowledge to form a belief as to the truth of Paragraph 12's allegations, and on that basis denies all allegations therein.

13.     Defendant is without sufficient information or knowledge to form a belief as to the truth of Paragraph 13's allegations, and on that basis denies all allegations therein.

14.     Defendant is without sufficient information or knowledge to form a belief as to the truth of Paragraph 14's allegations, and on that basis denies all allegations therein.

15.     Defendant is without sufficient information or knowledge to form a belief as to the truth of Paragraph 15's allegations, and on that basis denies all allegations therein.

16.     Defendant is without sufficient information or knowledge to form a belief as to the truth of Paragraph 16's allegations, and on that basis denies all allegations therein.

17.     Defendant is without sufficient information or knowledge to form a belief as to the truth of Paragraph 17's allegations, and on that basis denies all allegations therein.

18.     Defendant is without sufficient information or knowledge to form a belief as to the truth of Paragraph 18's allegations, and on that basis denies all remaining allegations therein.

19.     Defendant is without sufficient information or knowledge to form a belief as to the truth of Paragraph 19's allegations, and on that basis denies all allegations therein.

20.     Defendant is without sufficient information or knowledge to form a belief as to the truth of Paragraph 20's allegations, and on that basis denies all allegations therein.

21.     Defendant is without sufficient information or knowledge to form a belief as to the truth of Paragraph 21's allegations, and on that basis denies all allegations therein.

22.     Defendant is informed and believes that Plaintiff was incarcerated in the jail during the dates referenced.

23.     Defendant is without sufficient information or knowledge sufficient to form a belief as to the truth of Paragraph 23's remaining allegations, and on that basis denies all allegations therein.

24.     Defendant is informed and believes that Plaintiff did try to drown himself in a toilet. Defendant otherwise is without sufficient information or knowledge sufficient to form a belief as to the truth of Paragraph 24's remaining allegations, and on that basis denies all allegations therein.

25.     Defendant admits Plaintiff lacerated his forehead.  Defendant otherwise is without sufficient information or knowledge to form a belief as to the truth of Paragraph 25's allegations, and on that basis denies all allegations therein.

26.     Defendant admits the allegations of this paragraph.

27.     Defendant is informed and believes that the allegations of this paragraph are accurate.

28.     Defendant is without sufficient information or knowledge to form a belief as to the truth of Paragraph 28's allegations, and on that basis denies all allegations therein.

29      Defendant is without sufficient information or knowledge to form a belief as to the truth of Paragraph 29's allegations, and on that basis denies all allegations therein.

30.     Defendant is without sufficient information or knowledge to form a belief as to the truth of Paragraph 30's allegations, and on that basis denies all allegations therein.

31.     Defendant is without sufficient information or knowledge to form a belief as to the truth of Paragraph 31's allegations, and on that basis denies all allegations therein.

32.     Defendant is without sufficient information or knowledge to form a belief as to the truth of Paragraph 32's allegations, and on that basis denies all allegations therein.

33.     Defendant is without sufficient information or knowledge to form a belief as to the truth of Paragraph 33's remaining allegations, and on that basis denies all allegations therein.

34.     Defendant is without sufficient information or knowledge to form a belief as to the truth of Paragraph 34's allegations, and on that basis denies all allegations therein.

35.     Defendant is without sufficient information or knowledge to form a belief as to the truth of Paragraph 35's allegations, and on that basis denies all allegations therein.

36.     Defendant is without sufficient information or knowledge to form a belief as to the truth of Paragraph 36's allegations, and on that basis denies all allegations therein.

37. Defendant is without sufficient information or knowledge to form a belief as to the truth of Paragraph 34's allegations, and on that basis denies all allegations therein.

38. Defendant is without sufficient information or knowledge to form a belief as to the truth of Paragraph 34's allegations, and on that basis denies all allegations therein.

39. Defendant denies the allegations of this paragraph to the extent they are intended to apply to it. Defendant otherwise is without sufficient information or knowledge to form a belief as to the truth of Paragraph 39's allegations, and on that basis denies all remaining allegations therein.

40. Defendant denies the implicit allegation of this paragraph that it provided inappropriate treatment. Defendant otherwise is without sufficient information or knowledge to form a belief as to the truth of Paragraph 40's remaining allegations, and on that basis denies all remaining allegations therein.

41. Defendant denies the vague allegations of this paragraph to the extent they are intended to apply to it. Defendant otherwise is without sufficient information or knowledge to form a belief as to the truth of Paragraph 41's allegations, and on that basis denies all remaining allegations therein.

42. Defendant is without sufficient information or knowledge to form a belief as to the truth of Paragraph 42's allegations, and on that basis denies all allegations therein.

43. Defendant is without sufficient information or knowledge to form a belief as to the truth of Paragraph 43's allegations, and on that basis denies all allegations therein.

44. Defendant is without sufficient information or knowledge to form a belief as to the truth of Paragraph 44's allegations, and on that basis denies all allegations therein.

45. Defendant denies this paragraph's vague allegations to the extent they are intended to apply to it. Defendant otherwise is without sufficient information or knowledge to form a belief as to the truth of Paragraph 45's remaining allegations, and on that basis denies all remaining allegations therein.

46. Defendant is without sufficient information or knowledge to form a belief as to the truth of Paragraph 46's allegations, and on that basis denies all remaining allegations therein.

47.     Defendant is without sufficient information or knowledge to form a belief as to the truth of Paragraph 47's allegations, and on that basis denies all allegations therein.

48.     Because Paragraph 48's allegations are so vague, Defendant is without sufficient information or knowledge to form a belief as to the truth of Paragraph 48's allegations, and on that basis denies all allegations therein.

49.     Defendant is without sufficient information or knowledge to form a belief as to the truth of Paragraph 49's allegations, and on that basis denies all allegations therein.

50.     Defendant denies Plaintiff's vague allegations regarding any sort of wrongdoing by it.  Defendant otherwise lacks sufficient information or knowledge to form a belief as to the truth of Paragraph 50's remaining allegations, and on that basis denies all remaining allegations therein.

51.     Defendant denies the allegations that it provided poor care.  Defendant otherwise is without sufficient information or knowledge to form a belief as to the truth of Paragraph 51's remaining allegations, and on that basis denies all remaining allegations therein.

52.     Defendant is without sufficient information or knowledge to form a belief as to the truth of Paragraph 52's allegations, and on that basis denies all allegations therein.

53.     Defendant is without sufficient information or knowledge to form a belief as to the truth of Paragraph 53's allegations, and on that basis denies all allegations therein.

54.     Defendant denies this paragraph's vague allegations to the extent they are intended to imply that it deprived plaintiff of unspecified "various constitutional and statutory rights" and further denies Plaintiff was injured due to any purported misfeasance or malfeasance by Defendant.  Defendant otherwise is without sufficient information or knowledge to form a belief as to the truth of Paragraph 54's allegations, and on that basis denies all allegations therein.

55.     Defendant denies this paragraph's vague allegations to the extent they purport to allege that Defendant's conduct was "malicious and/or oppressive," etc.  Defendant otherwise is without sufficient information or knowledge to form a belief as to the truth of Paragraph 55's allegations, and on that basis denies all remaining allegations therein.

56.     Defendant denies that Plaintiff is entitled to an aware of attorneys' fees or costs. Defendants otherwise is without sufficient information or knowledge to form a belief as to the truth of Paragraph 56's allegations, and on that basis denies all remaining allegations therein.

57.     Defendant is without sufficient information or knowledge to form a belief as to the truth of Paragraph 57's allegations, and on that basis denies all allegations therein.

58.     Defendant is without sufficient information or knowledge to form a belief as to the truth of Paragraph 58's allegations, and on that basis denies all allegations therein.

59.     Defendant is without sufficient information or knowledge to form a belief as to the truth of Paragraph 59's remaining allegations, and on that basis denies all allegations therein.

60.     Defendant is without sufficient information or knowledge to form a belief as to the truth of Paragraph 60's remaining allegations, and on that basis denies all allegations therein.

61.     Defendant denies this paragraph's vague allegations to the extent they are intended to assert that Defendant negligently or with deliberate indifference disregarded Plaintiff's medical needs.  Defendant otherwise is without sufficient information or knowledge to form a belief as to the truth of Paragraph 61's remaining allegations, and on that basis denies all allegations therein.

62.     Defendant denies this paragraph's vague allegations to the extent they are intended to apply to it.  Defendant otherwise is without sufficient information or knowledge to form a belief as to the truth of Paragraph 62's remaining allegations, and on that basis denies all remaining allegations therein.

63.     Defendant denies this paragraph's vague allegations to the extent they are intended to apply to it.  Defendant otherwise is without sufficient information or knowledge to form a belief as to the truth of Paragraph 63's remaining allegations, and on that basis denies all remaining allegations therein.

64.     Defendant denies this paragraph's vague allegations to the extent they are intended to apply to it.  Defendant otherwise is without sufficient information or knowledge to form a belief as to the truth of Paragraph 64's remaining allegations, and on that basis denies all remaining allegations therein.

65. Defendant denies this paragraph's vague allegations to the extent they are intended to apply to it. Defendant otherwise is without sufficient information or knowledge to form a belief as to the truth of Paragraph 65's remaining allegations, and on that basis denies all remaining allegations therein.

66. Defendant denies this paragraph's vague and conclusory allegations to the extent they are intended to apply to it. Defendant otherwise is without sufficient information or knowledge to form a belief as to the truth of Paragraph 66's remaining allegations, and on that basis denies all remaining allegations therein.

67. Defendant denies its conduct subjected or left Plaintiff exposed to a "substantial risk of serious harm." Defendant otherwise is without sufficient information or knowledge to form a belief as to the truth of Paragraph 67's remaining allegations, and on that basis denies all remaining allegations therein.

68. Defendant denies this paragraph's allegations.

69. Defendant denies this paragraph's allegations.

70. Defendant denies this paragraph's allegations.

71. Defendant denies this paragraph's allegations to the extent they are intended to apply to it. Defendant otherwise is without sufficient information or knowledge to form a belief as to the truth of Paragraph 71's remaining allegations, and on that basis denies all remaining allegations therein.

72. Defendant denies this paragraph's allegations to the extent they are intended to apply to it. Defendant otherwise is without sufficient information or knowledge to form a belief as to the truth of Paragraph 72's remaining allegations, and on that basis denies all remaining allegations therein.

73. Defendant denies this paragraph's allegations to the extent they are intended to apply to it. Defendant otherwise is without sufficient information or knowledge to form a belief as to the truth of Paragraph 73's remaining allegations, and on that basis denies all remaining allegations therein.

74. Defendant is without sufficient information or knowledge to form a belief as to the truth of Paragraph 74's allegations, and on that basis denies all allegations therein.

75. Defendant is without sufficient information or knowledge to form a belief as to the truth of Paragraph 75's allegations, and on that basis denies all allegations therein.

76. Defendant denies this paragraph's allegations to the extent they are intended to apply to it. Defendant otherwise is without sufficient information or knowledge to form a belief as to the truth of Paragraph 77's remaining allegations, and on that basis denies all remaining allegations therein.

77. Defendant is without sufficient information or knowledge to form a belief as to the truth of Paragraph 77's allegations, and on that basis denies all allegations therein.

78. Defendant is without sufficient information or knowledge to form a belief as to the truth of Paragraph 78's allegations, and on that basis denies all allegations therein.

79. Defendant denies this paragraph's allegations to the extent they are intended to apply to it. Defendant otherwise is without sufficient information or knowledge to form a belief as to the truth of Paragraph 79's remaining allegations, and on that basis denies all remaining allegations therein.

80. Defendant denies this paragraph's allegations to the extent they are intended to apply to it. Defendant otherwise is without sufficient information or knowledge to form a belief as to the truth of Paragraph 80's remaining allegations, and on that basis denies all remaining allegations therein.

81. Defendant is without sufficient information or knowledge to form a belief as to the truth of Paragraph 81's remaining allegations, and on that basis denies all remaining allegations therein.

82. Defendant denies this paragraph's allegations to the extent they are intended to apply to it. Defendant otherwise is without sufficient information or knowledge to form a belief as to the truth of Paragraph 82's remaining allegations, and on that basis denies all remaining allegations therein.

83. Defendant denies this paragraph's allegations to the extent they are intended to apply to it. Defendant otherwise is without sufficient information or knowledge to form a belief as to the truth of Paragraph 83's remaining allegations, and on that basis denies all remaining allegations therein.

84. Defendant denies this paragraph's allegations to the extent they are intended to apply to it. Defendant otherwise is without sufficient information or knowledge to form a belief as to the truth of Paragraph 84's remaining allegations, and on that basis denies all remaining allegations therein.

85. Defendant denies this paragraph's allegations to the extent they are intended to apply to it. Defendant otherwise is without sufficient information or knowledge to form a belief as to the truth of Paragraph 85's remaining allegations, and on that basis denies all remaining allegations therein.

86. Defendant denies this paragraph's allegations to the extent they are intended to apply to it. Defendant otherwise is without sufficient information or knowledge to form a belief as to the truth of Paragraph 86's remaining allegations, and on that basis denies all remaining allegations therein.

87. Defendant denies this paragraph's allegations to the extent they are intended to apply to it. Defendant otherwise is without sufficient information or knowledge to form a belief as to the truth of Paragraph 87's remaining allegations, and on that basis denies all remaining allegations therein.

88. Defendant is without sufficient information or knowledge to form a belief as to the truth of Paragraph 88's remaining allegations, and on that basis denies all allegations therein.

89. Defendant is without sufficient information or knowledge to form a belief as to the truth of Paragraph 89's vague allegations, and on that basis denies all allegations therein.

90. Defendant denies this paragraph's allegations to the extent they are intended to apply to it. Defendant otherwise is without sufficient information or knowledge to form a belief as to the truth of Paragraph 90's remaining allegations, and on that basis denies all remaining allegations therein.

91. Defendant is without sufficient information or knowledge to form a belief as to the truth of Paragraph 89's allegations, and on that basis denies all allegations therein.

92. Defendant is without sufficient information or knowledge to form a belief as to the truth of Paragraph 92's vague allegations, and on that basis denies all allegations therein.

93. Defendant is without sufficient information or knowledge to form a belief as to the truth of Paragraph 92's vague allegations, and on that basis denies all allegations therein.

94. Defendant denies this paragraph's allegations to the extent they are intended to apply to it. Defendant otherwise is without sufficient information or knowledge to form a belief as to the truth of Paragraph 94's remaining allegations, and on that basis denies all remaining allegations therein.

95. This paragraph is unintelligible. Out of an abundance of caution, Defendant thus denies any purported allegations therein.

96. Defendant is without sufficient information or knowledge to form a belief as to the truth of Paragraph 96's vague allegations, and on that basis denies all allegations therein.

### First Affirmative Defense

Defendant alleges the Complaint and each purported cause of action therein fail to state facts sufficient to constitute a claim for which relief may be granted.

### Second Affirmative Defense

Defendant alleges Plaintiff was careless, and negligent in and about the matters referred to in the Complaint and that such carelessness and negligence proximately caused and contributed to the damages complained of, if any there were.

### Third Affirmative Defense

Defendant alleges Plaintiff knew, or in the exercise of ordinary care, should have known of the risks and hazards involved in the undertaking in which he was engaged, but nevertheless and with full knowledge of these things, did fully and voluntarily consent to assume the risks and hazards involved in the undertaking.

**Fourth Affirmative Defense**

Defendant alleges Plaintiff was negligent in and about the matters referred to in the Complaint and that such negligence and carelessness on his part amounts to 100% of the negligence involved in this case and was the sole cause of the injuries and damages complained of, if any there were.

**Fifth Affirmative Defense**

Defendant alleges that it is shielded from liability by qualified immunity and its employees' good faith. *See Clement v. City of Glendale* (9th Cir. 2008) 518 F.3d 1090, 1096-97.

**Sixth Affirmative Defense**

Defendant alleges Plaintiff failed to properly or timely exhaust administrative remedies.

**Seventh Affirmative Defense**

Defendant alleges the Complaint and the putative claims for relief therein are barred by the applicable statute of limitations, including but not limited to California Code of Civil Procedure §§340 and 340.5, 342, and 474, and the statute of limitations applicable to wrongful death claims, malpractice claims, and 42 U.S.C. §1983 claims, among others.

**Eighth Affirmative Defense**

Defendant alleges Plaintiff's claims and damages are barred, in whole or in part, by the provisions of MICRA, including but not limited to its cap on general damages.

**Ninth Affirmative Defense**

Defendant alleges Plaintiff failed to mitigate, minimize or avoid damages allegedly caused by Defendant, and Defendant is therefore entitled to have any sum to which Plaintiffs may be entitled reduced by such sums as would have been mitigated, minimized or avoided.

**Tenth Affirmative Defense**

Defendant alleges the alleges the damages sustained by Plaintiff, if any, were caused, in whole or in part, by the negligence or fault of others for whom Defendant is not liable or responsible.

WHEREFORE, this answering Defendant prays that Plaintiffs take nothing by their Complaint, that Defendant be dismissed with Defendant's costs of suit incurred herein, plus fees, and for such other and further relief as this court deems just and proper.

**Demand for Jury Trial**

Defendant hereby requests a jury trial.

DATED:  March 24, 2010              LAW OFFICES OF NANCY E. HUDGINS

/s/ *Matthew M. Grigg*

_____

Matthew M. Grigg
Attorneys for Defendant Prison Health Services, Inc.