Nancy E. Hudgins, SBN. 85222
Matthew M. Grigg, SBN. 195951
LAW OFFICES OF NANCY E. HUDGINS
565 Commercial St., 4th Floor
San Francisco, CA 94111
415-979-0100
415-979-0747 (fax)
mmg@hudginslaw.com

Attorneys For Defendant Prison Health Services, Inc.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH MACY,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF SANTA BARBARA, et al.<br><br>    Defendants. | Case No.: CV 09-05941 JC<br><br>**DEFENDANT PHS'S REQUEST FOR TELEPHONIC APPEARANCE AT SCHEDULING CONFERENCE; [PROPOSED] ORDER**<br><br>Date: June 14, 2010<br>Time: 11:00 a.m.<br>Courtroom: 5<br>Address: 312 N. Spring St. 2nd Floor<br>Judge: Hon. Christina A. Snyder |

Defendant Prison Health Services, Inc., respectfully requests that its attorney (Matthew M. Grigg) be allowed to attend the F.R.C.P. 16(b) scheduling conference on 6/14/10 telephonically. PHS submits it would be unduly costly to necessitate fees and costs associated with requiring Mr. Grigg to travel from San Francisco, particularly since he could easily answer any questions the Court may have at this uncontroversial conference telephonically. Further, Plaintiff's attorney and the County defendants' attorney will appear in person, and have no objection to PHS's request.

DATED: June 9, 2010                LAW OFFICES OF NANCY E. HUDGINS

/s/ Matthew M. Grigg
Matthew M. Grigg
Attorneys for Defendant Prison Health Services, Inc.

## ORDER

Good cause appearing therefor, the attorney for Defendant PHS is authorized to appear at the June 14, 2010 scheduling conference telephonically.

SO ORDERED this ___ day of June, 2010.

_____
Hon. Christina A. Snyder
United States District Court Judge

# PROOF OF SERVICE

I, Lydia Burton, declare that I am employed in the County of San Francisco, State of California, am over the age of eighteen years, and am not a party to the within action. My business address is 565 Commercial Street, Fourth Floor, San Francisco, California 94111.

On April 7, 2010 I served the within:
**1. DEFENDANT PHS'S REQUEST FOR TELEPHONIC APPEARANCE AT SCHEDULING CONFERENCE; [PROPOSED] ORDER.**

on the party(ies) to this matter by providing a true and correct copy(ies) of same to:

| | |
|---|---|
| Brian A. Vogel | Lisa A. Rothstein |
| The Law Offices of Brian A. Vogel | Deputy County Counsel-Santa Barbara |
| 770 County Square Drive., Ste. 104 | 105 East Anapamu Street |
| Ventura, CA 93003 | Santa Barbara, CA 93101 |

/X/ BY MAIL. I placed such document in a sealed envelope(s) addressed to that party(ies), with postage fully prepaid for first-class mail, for collection and mailing at San Francisco, California, following ordinary business practices. I am readily familiar with the practice at the Law Offices of Nancy E. Hudgins for the processing of correspondence (viz., in the ordinary course of business, outgoing mail is deposited in the United States mail the same day as it is placed for processing in our mail room).

/ / BY PERSONAL SERVICE. I caused an envelope containing said copy to be delivered by hand to the addressee(s) noted above. (HAND DELIVERY)

/ / BY FACSIMILE. I caused the said document(s) to be transmitted by facsimile machine to the number indicated after the addressee(s) noted above.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on June 9, 2010 at San Francisco, California.

*/s/ Lydia Burton*
Lydia Burton