Nancy E. Hudgins, SBN. 85222
Matthew M. Grigg, SBN. 195951
LAW OFFICES OF NANCY E. HUDGINS
565 Commercial St., 4th Floor
San Francisco, CA 94111
415-979-0100
415-979-0747 (fax)
mmg@hudginslaw.com

Attorneys For Defendant Prison Health Services, Inc.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH MACY,           ) | Case No.:  CV 09-05941 JC |
|            ) | |
|    Plaintiff,        ) | **ORDER FOR TELEPHONIC APPEARANCE AT SCHEDULING CONFERENCE** |
|            ) | |
|  vs.           ) | |
|            ) | |
| COUNTY OF SANTA BARBARA, et al.  ) | **Date:  June 14, 2010** |
|            ) | **Time:  11:00 a.m.** |
|    Defendants.       ) | **Courtroom:  5** |
|            ) | **Address:  312 N. Spring St. 2nd Floor** |
|            ) | **Judge:  Hon. Christina A. Snyder** |

**ORDER**

Good cause appearing therefor, the attorney for Defendant PHS is authorized to appear at the June 14, 2010 scheduling conference telephonically.

SO ORDERED this 11 day of June, 2010.

*[signature: Christina A. Snyder]*

Hon. Christina A. Snyder
United States District Court Judge

---

*Macy v. Santa Barbara Co., et al.*                                                           Case No. CV 09-05941JC
PHS's Req. For Telephonic Appearance        1                              Macy/d/Req4TC10f10