UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-5941 CAS (JEMx) | Date | June 14, 2010 |
|---|---|---|---|
| Title | KEITH MACY V. COUNTY OF SANTA BARBARA ET AL | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine M. Jeang | Laura Elias | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Brian Vogel | Heidi Thorson |
| | Matthew Grigg (by telephone) |

**Proceedings:**   SCHEDULING CONFERENCE

Hearing held and counsel are present. The Court confers with counsel and schedules the following dates:

Request for leave to file amended pleadings or to add parties: <u>September 24, 2010</u>;
Factual Discovery Cut-off: <u>February 15, 2011</u>;
Settlement Completion Cut-off: <u>August 18, 2010</u>;
Exchange of Expert Reports Cut-off: <u>February 15, 2011</u>;
Exchange of Rebuttal Reports Cut-off: <u>March 15, 2011</u>;
Last Day to File Motions: <u>April 29, 2011</u>;
Expert Discovery Cut-off: <u>April 15, 2011</u>;
Status Conference re: Settlement **(11:00 A.M.): <u>August 30, 2010</u>**;
Pretrial Conference/Hearing on *Motions in Limine **(11:00 A.M.): <u>July 25, 2011</u>**; and Jury Trial **(9:30 A.M.): <u>August 16, 2011</u>.**

Counsel inform the Court of the parties' preference to go before a private mediator for settlement purposes.

**\*** Motions in Limine and oppositions shall not exceed ten (10) pages in length, and no replies shall be filed.

| | 00 | : | 07 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-5941 CAS (JEMx) | Date | June 14, 2010 |
|---|---|---|---|
| Title | *KEITH MACY V. COUNTY OF SANTA BARBARA ET AL* | | |